# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

WESLEY G. FELL, JR.

    Plaintiff,

v.                               CASE NO. 3:15cv541/MCR/EMT

UNITED STATES OF AMERICA,

    Defendant.

_____/

## **O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 9, 2017. ECF No. 36. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Motion to Determine Reasonable Deposition Fee and for Attorney Fees, ECF No. 32, is **GRANTED** to the extent that a fee in the total amount of $2,000 is deemed reasonable and sufficient to compensate Dr. Borom for matters related to his deposition in this cause.

**DONE AND ORDERED** this 29th day of June 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**